ASSOCIATED MERCHANDISING CORP. v. UNITED STATES

**No. 7705.**—Pro forma invoice dated Burslem, England, October 1943.
Entered at New York, N. Y., December 1, 1943.
Entry No. 716219.

(Decided May 24, 1949)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*David N. Edelstein,* Assistant Attorney General, for the defendant.

JOHNSON, Judge: This proceeding has been submitted upon a stipulation wherein the parties hereto have agreed that the issues involved in this reappraisement are the same in all material respects as in the case of *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334. The record in that case was admitted as part of the record herein.

In view of the aforesaid stipulation and accepting same as a statement of fact, and in view of the decision cited, I find and hold that the export value of the merchandise is the value found by the appraiser, less any additions on entry by the importer by reason of advances by the appraiser in similar cases to equal the so-called British purchase tax.

Judgment will be rendered accordingly.

FREEDMAN & SLATER, INC. v. UNITED STATES

**No. 7706.**—Invoice dated Manchester, England, July 17, 1946.
Certified July 26, 1946.
Entered at New York, N. Y., August 14, 1946.
Entry No. 713097.

(Decided June 13, 1949)

*Siegel, Mandell & Davidson (Joshua M. Davidson* of counsel) for the plaintiff.
*David N. Edelstein,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.